**Opinion filed September 17, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00207-CV

_____

## STEPHEN AND VERONICA BRADY, Appellants

## V.

## CAROLYN BRADY, Appellee

On Appeal from the County Court at Law No. 1

McLennan County, Texas

Trial Court Cause No. 20090535CV1

### M E M O R A N D U M   O P I N I O N

The clerk's record was filed in this court on July 21, 2009. It does not contain a final, appealable order. In response to our inquiry, the clerk of the trial court advised this court in writing that a "writ of possession" was signed on June 16, 2009, that there were no copies of contests concerning appellants' affidavit of inability to pay costs on appeal, that there had been no ruling on the motion to withdraw the writ of possession, and that there had been no subsequent documents filed relating to the attempted appeal.

On August 7, 2009, the clerk of this court wrote the parties advising them that a final, appealable order did not appear to have been entered and directing appellants to respond in writing on or before August 24, 2009, showing grounds for continuing the appeal. There has been no response to our letter of August 7.

Therefore, the appeal is dismissed for want of jurisdiction.

PER CURIAM

September 17, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2